Case 4:18-cr-00102-BMM   Document 2   Filed 12/06/18   Page 1 of 3



**FILED**

DEC 0 6 2018

Clerk, U.S District Court
District Of Montana
Great Falls

**JEFFREY K. STARNES**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. N., Suite 300
Great Falls, MT  59401
Phone:   (406) 761-7715
Fax:        (406) 453-9973
E-mail:   jeff.starnes@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 18-102-GF-BMM |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | **STRANGULATION (Count I)**<br>Title 18 U.S.C. §§ 1153(a) and 113(a)(8)<br>(Penalty:  Ten years imprisonment, $250,000 fine, and three years of supervised release) |
| **HOLDEN RAY STILLSMOKING,** | |
| Defendant. | **ASSAULT RESULTING IN SERIOUS BODILY INJURY (Count II)**<br>Title 18 U.S.C. §§ 1153(a) and 113(a)(6)<br>(Penalty:  Ten years imprisonment, $250,000 fine, and three years of supervised release) |

THE GRAND JURY CHARGES:

1

## COUNT I

That on or about June 5, 2018, at or near Browning, in Glacier County, in the State and District of Montana, and within the exterior boundaries of the Blackfeet Indian Reservation, being Indian Country, the defendant, HOLDEN RAY STILLSMOKING, an Indian person, intentionally assaulted Jane Doe #1, a spouse, intimate partner, and dating partner of the defendant, HOLDEN RAY STILLSMOKING, by strangling her, in violation of 18 U.S.C. §§ 1153(a) and 113(a)(8).

## COUNT II

That on or about June 5, 2018, at or near Browning, in Glacier County, in the State and District of Montana, and within the exterior boundaries of the Blackfeet Indian Reservation, being Indian Country, the defendant, HOLDEN RAY STILLSMOKING, an Indian person, intentionally assaulted Jane Doe #2, said assault resulting in serious bodily injury, in violation of 18 U.S.C. §§ 1153(a) and 113(a)(6).

//
//
//
//
//
//

A TRUE BILL.    Foreperson signature redacted.  Original document filed under seal.

_____
KURT G. ALME
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons_____
Warrant: ✓_____
Bail:_____